# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| **WILLIAM WILBER,** *et al.*, | **SACV 12-01448 AG (JPRx)** |
| **Plaintiffs,** | |
| v. | **JUDGMENT FOR PLAINTIFFS** |
| **WAL CAPITAL, LLC.,** *et al*, | |
| **Defendants.** | |

The Court has ordered that William Wilber, Nicole Kharzi, Karen Oldmixon, Larry Cain, Cindy DiCosimo, Carol Winkler, David Winkler, Mark Thomas, Robyn Jamison, Otto Fox and Gail Young (collectively "Plaintiffs") recover from defendants Wal Capital, LLC and My Forex Planet, Inc. ("Defendants") jointly and severally

    a.    One Million Five Hundred Seventy Nine Thousand Nine Hundred Eleven Dollars and Zero Cents ($1,579,911.00) in trebled compensatory damages under RICO;

    b.    Twenty Nine Thousand Five Hundred Ninety Eight Dollars and Twenty Two Cents ($29,598.22) in attorney fees; and

    c.    Seven Hundred Fifty Dollars and Zero Cents ($750.00) in costs.

**JUDGMENT**

The total judgment against Defendants jointly and severally and in favor of Plaintiffs is One Million Six Hundred Ten Thousand Two Hundred Fifty Nine Dollars and Twenty Two Cents ($1,610,259.22).

This action was decided by Judge Andrew J. Guilford on August 2, 2013 on a motion for default judgment as to Defendants Wal Capital, LLC and My Forex Planet, Inc. (Docket Nos. 42, 43 and 72).

Dated:        August 9, 2013
                Santa Ana, California

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

**JUDGMENT**