| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| WILLIAM WILBER, NICOLE KHARZI, KAREN OLDMIXON, LARRY CAIN, ROBYN JAMISON, OTTO FOX, GAIL YOUNG, MARK THOMAS, CINDY DICOSIMO, CAROL WINKLER, AND DAVID WINKLER, | ) ) ) ) ) ) ) ) ) | **CASE NO. SACV 13-1448 AG (ANx)** <br><br> **JUDGMENT** |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| TOP GLOBAL CAPITAL, INC.; WAL CAPITAL, LLC; WAL CAPITAL, SA; APEX GLOBAL EXCHANGE, LTD.; MY FOREX PLANET, INC.; ZENOOST, INC.; CTN SYSTEMS CORP.; MORRIS MOSKOWITZ; METAQUOTES SOFTWARE CORP.; DUKASCOPY BANK, SA; COLDWELL, LTD.; FAIRFIELD LAW FIRM, SA; LISBETH GONZALEZ HERNANDEZ; JAVIER GIL VALLARINO; MELODY PHAN; MARK WALLACK; GLENN ALCARAZ; ROSAURA PATRICIA BARQUERO CASARES; SAMUEL VILCHEZ; AND ROY BAKER, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. _____ | | |

Having granted a motion for default judgment, the Court now enters Judgment in favor of all Plaintiffs and against defaulting defendants Melody Phan; Marc Wallack; CTN Systems Corp.; Morris Moskowitz; Glenn Alcaraz; Wal Capital, S.A.; Metaquotes Software Corporation; Coldwell, Ltd.; and Top Global Capital, Inc. ("Defaulting Defendants.") Defaulting Defendants are jointly and severally liable for the August 9, 2013 judgment awarded to Plaintiffs in this case. (Dkt. No. 83.) Defaulting Defendants are also jointly and severally liable for $5,600 in attorney fees, and $8,413.69 in costs.

IT IS SO ORDERED.

DATED: December 2, 2013

_____
Andrew J. Guilford
United States District Judge