# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIAM WILBER, NICOLE KHARZI, KAREN OLDMIXON, LARRY CAIN, ROBYN JAMISON, OTTO FOX, GAIL YOUNG, MARK THOMAS, CINDY DICOSIMO, CAROL WINKLER, AND DAVID WINKLER,**<br><br>   Plaintiffs,<br><br>   v.<br><br>**TOP GLOBAL CAPITAL, INC.; WAL CAPITAL, LLC; WAL CAPITAL, SA; APEX GLOBAL EXCHANGE, LTD.; MY FOREX PLANET, INC.; ZENOOST, INC.; CTN SYSTEMS CORP.; MORRIS MOSKOWITZ; METAQUOTES SOFTWARE CORP.; DUKASCOPY BANK, SA; COLDWELL, LTD.; FAIRFIELD LAW FIRM, SA; LISBETH GONZALEZ HERNANDEZ; JAVIER GIL VALLARINO; MELODY PHAN; MARK WALLACK; GLENN ALCARAZ; ROSAURA PATRICIA BARQUERO CASARES; SAMUEL VILCHEZ; AND ROY BAKER,**<br><br>   Defendants.<br>_____ | **CASE NO. SACV 12-1448 AG (ANx)**<br><br>**AMENDED JUDGMENT** |

1  Having granted a motion for default judgment, the Court now enters Judgment in favor of
2  all Plaintiffs and against defaulting defendants Melody Phan; Marc Wallack; CTN Systems
3  Corp.; Morris Moskowitz; Glenn Alcaraz; Wal Capital, S.A.; Metaquotes Software Corporation;
4  Coldwell, Ltd.; and Top Global Capital, Inc. ("Defaulting Defendants.")  Defaulting Defendants
5  are jointly and severally liable for the August 9, 2013 judgment awarded to Plaintiffs in this
6  case.  (Dkt. No. 83.)  Defaulting Defendants are also jointly and severally liable for $5,600 in
7  attorney fees, and $8,413.69 in costs.

9  IT IS SO ORDERED.
10 DATED: February 26, 2014

_____
Andrew J. Guilford
United States District Judge

2