MARTIN F. TRIANO, ESQ. (SBN 98272)
ELAINE LE, ESQ. (SBN 277124)
**LAW OFFICES OF TRIANO & BYRNE**
2000 Center St., Suite 308
Berkeley, CA 94704
Telephone: (510) 548-8081
Fax: (510) 548-8096
Email: marty@trianobyrne.com
       elaine@trianobyrne.com

Attorneys for Defendant METAQUOTES SOFTWARE CORP

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM WILBER et al., <br><br> Plaintiffs, <br> v. <br><br> TOP GLOBAL CAPITAL, INC., et al. <br><br> Defendants. | CASE NO. SACV12 – 1448 AG (JPRX) <br><br> **DISCOVERY STIPULATION** |

**Plaintiffs William Wilbur, Nicole Kharzi, Karen Oldmixon, Larry Cain, Robyn Jamison, Otto Fox, Gail Young, Mark Thomas, Cindy Dicosmio, Carol Winkler, and David Winkler (collectively "PLAINTIFFS") and Defendant**

Law Offices
**TRIANO & BYRNE**
2000 Center St., Suite 308
Berkeley, CA 94704
Tel. (510) 548-8081
Fax (640) 548-8096

1
DISCOVERY STIPULATION

**Metaquotes Software Corp ("MSC") hereby agree by their respective counsel to the following terms for a stipulation regarding discovery in the above case.**

1. PLAINTIFFS and MSC agree that discovery in this proceeding will be as described in the Federal Rules of Civil Procedure ("FRCP") 33, 34, and 36 unless otherwise set forth within this stipulation.

2. PLAINTIFFS and MSC agree that the procedure for Interrogatories to Parties will be dictated by FRCP 33 unless otherwise indicated below:

    a. Parties agree that answers to each parties' Set 1 of interrogatories will be mutually exchanged on March 1, 2015.

    b. Parties agree that any subsequent sets of interrogatories that will be served will have an additional 10 days from the designated 30 days to respond as dictated by FRCP 33.

    c. Parties agree to extend the limit of 25 interrogatories per party to 35 interrogatories per party.

    d. Parties agree that due to the number of plaintiffs involved in this action, each interrogatory propounded in a single set of interrogatories will be answered as it pertains to each individual PLAINTIFF. Thus,

Law Offices
**TRIANO & BYRNE**
2000 Center St., Suite 308
Berkeley, CA 94704
Tel. (510) 548-8081
Fax (640) 548-8096

2
DISCOVERY STIPULATION

each interrogatory shall be answered eleven (11) times each as it pertains to individual PLAINTIFF.

e. Parties agree that any subpart of an interrogatory will not be deemed as a separate interrogatory due to the number of plaintiffs and defendants in this case.

3. PLAINTIFFS and MSC agree that the procedure for Requests for Production of Documents will be dictated by FRCP 34 unless otherwise indicated below:

a. Parties agree that answers to each parties' Set 1 of Request for Production of Documents will be mutually exchanged on March 1, 2015.

b. Parties agree that any subsequent sets of requests for production of documents that will be served will have an additional 10 days from the designated 30 days to respond as dictated by FRCP 34.

4. PLAINTIFFS and MSC agree that the procedure for Requests for Admissions will be dictated by FRCP 36 unless otherwise indicated below:

Law Offices
**TRIANO & BYRNE**
2000 Center St., Suite 308
Berkeley, CA 94704
Tel. (510) 548-8081
Fax (640) 548-8096

3
DISCOVERY STIPULATION

a. Parties agree that if any initial set of request for admissions is served on either party by Janaury 30, 2015, the response will be due on March 1, 2015.

b. Parties agree that any sets of requests of admissions that will be served after Januarry 30, 2015 will have an additional 10 days from the designated 30 days to respond as dictated by FRCP 34.

5. PLAINTIFFS and MSC reserve the right to further agree to modify this stipulation and other FRCP rules regarding discovery in writing through out the course of this action for the benefit of effective and efficient discovery.

Date: January 20, 2015    PHILLIPS LYTLE LLP

    _____/s/_____
    ROBERT V. CORNISH JR.
    Attorney for Plaintiffs

Date: January 21, 2015    LAW OFFICES OF TRIANO & BYRNE

    _____/s/_____
    MARTIN F. TRIANO, ESQ.
    Attorney for Defendant
    METAQUOTES SOFTWARE CORP.

Law Offices
**TRIANO & BYRNE**
2000 Center St., Suite 308
Berkeley, CA 94704
Tel. (510) 548-8081
Fax (640) 548-8096

4
DISCOVERY STIPULATION

Upon review of the discovery stipulation filed by PLAINTIFFS and MSC on January 28, 2015, this Court hereby grants this Order approving the parties' Discovery Stipulation.

Date: February 3, 2015

_____
JEAN P. ROSENBLUTH
Magistrate Judge

Law Offices
**TRIANO & BYRNE**
2000 Center St., Suite 308
Berkeley, CA 94704
Tel. (510) 548-8081
Fax (640) 548-8096

5
DISCOVERY STIPULATION