MARTIN F. TRIANO, ESQ. (SBN 098272)
MARK D. BYRNE, ESQ. (SBN 109268)
**LAW OFFICES OF TRIANO & BYRNE**
2000 Center Street, Suite 308
Berkeley, CA 94704
Telephone: (510) 548-8081
Fax: (510) 548-8096
Email: marty@trianobyrne.com
mark@trianobyrne.com

Attorneys for Defendant METAQUOTES SOFTWARE CORP.

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM WILBER et al., | CASE NO. SACV12 – 1448 AG (JPRX) |
| Plaintiffs, | |
| v. | **STIPULATION TO VACATE THE AMENDED JUDGMENT** |
| TOP GLOBAL CAPITAL, INC. et al. | |
| Defendants. | Judge: Hon. Andrew J. Guilford |

IT IS HEREBY STIPULATED by and between Plaintiffs WILLIAM WILBER, NICOLE KHARZI, KAREN OLDMIXON, LARRY CAIN, ROBYN JAMISON, OTTO FOX, GAIL YOUNG, MARK THOMAS, CINDY

Law Offices
TRIANO & BYRNE
2000 Center Street, Suite 308
Berkeley, CA 94704
Tel (510) 548-8081
Fax (510) 548-8096

STIPULATION TO VACATE THE AMENDED JUDGMENT

1

DICOSIMO, CAROL WINKLER AND DAVID WINKLER ("Plaintiffs") and Defendant METAQUOTES SOFTWARE CORP. ("MetaQuotes"), by and through their counsel, that:

1. On October 9, 2013, an entry of default against Defendant MetaQuotes was entered by the clerk of the court. ("Entry of Default," Dkt. No. 98.)

2. Pursuant to the entry of default, on December 4, 2013, a default judgment was entered against all defendants, including MetaQuotes. However, the default judgment contained an incorrect docket number of 13-01448, rather than 12-01448. ("Original Default Judgment," Dkt. No. 105.)

3. Plaintiffs discovered the incorrect docket number in the Original Default Judgment. In order to correct this clerical error, Plaintiffs intended to file an Ex Parte Application. On or around February 24, 2014, Plaintiffs contacted opposing counsels, Martin F. Triano ("Triano") and Mark D. Byrne ("Byrne") through email, and sought their consent in order to file the Ex Parte Application. Byrne responded with his consent to correct the error in the Case Number, printed at the top of the page on Document 105 by the Clerk of the Court. A true and correct copy of this email exchange is attached as **Exhibit A**.

//

Law Offices
TRIANO & BYRNE
2000 Center Street, Suite 308
Berkeley, CA 94704
Tel. (510) 548-8081
Fax (510) 548-8096

STIPULATION TO VACATE THE AMENDED JUDGMENT

2

4. Plaintiffs filed an Ex Parte Application to correct the docket number referenced in the Original Default Judgment. Plaintiffs' application specifically described that Document 105 bears on its first page the docket number 13-01448, while the correct docket number for the instant matter is 12-01448. ("Ex Parte Application," Dkt. No. 113.)

5. Following, the Court filed an amended default judgment that corrected the referenced docket number. ("Amended Default Judgment," Dkt. No. 114.)

6. The Parties do not dispute that the sole purpose for the Amended Default Judgment was to correct the docket number.

7. The Parties do not dispute that the Original Default Judgment and the Amended Default Judgment are identical in substance, with a minor difference being only the referenced docket number.

8. On or around March 12, 2014, MetaQuotes then filed a Motion to Set Aside Default and Default Judgment. ("MetaQuotes' Motion," Dkt. No. 118.) However, Metaquotes' Notice of Motion referred only to setting aside the Original Default Judgment, inadvertently omitting references to the Amended Default Judgment. However, both the Original Default Judgment and the Amended Default Judgment were described in MetaQuotes' Memorandum of Points and Authorities. ("Memorandum of Points and Authorities," Dkt. No. 118, page 27.)




Law Offices
TRIANO & BYRNE
2000 Center Street, Suite 308
Berkeley, CA 94704
Tel. (510) 548-8081
Fax (510) 548-8096

STIPULATION TO VACATE THE AMENDED JUDGMENT

Both the Original Default Judgment and the Amended Default Judgment were also described in MetaQuotes' Memorandum of Points and Authorities in support of the Reply. ("Reply Memorandum Points and Authorities, Dkt. No. 127, p. 22.)

9. On June 5, 2014, the Court granted MetaQuotes' Motion with the condition that MetaQuotes posts a $50,000 Bond. ("June 5, 2014 Order," Dkt. No. 130.)

10. The $50,000 Bond was posted, and entered into the Court's docket, on June 18, 2014. (Dkt. No. 132.) The Triano Certification was also filed on June 18, 2014. (Dkt. No. 133.)

11. Plaintiffs stipulated that they had no objection to the Bond or the Triano Certification or any other objections as to the sufficiency of the showing as to the fulfillment of conditions for posting a bond. ("Stipulation," Dkt. No. 136.)

12. The Parties agreed that the condition in the June 5, 2014 Order had been satisfied by MetaQuotes.

13. As a result, the Court issued an Order on July 9, 2014 setting aside the entry of default and vacating the default judgment as to MetaQuotes. ("Order Vacating Judgment," Dkt. No. 137.)

14. The Parties were under the belief that the Order Vacating Judgment applied to the Original Default Judgment and the Amended Default Judgment.

Law Offices
TRIANO & BYRNE
2000 Center Street, Suite 308
Berkeley, CA 94704
Tel. (510) 548-8081
Fax (510) 548-8096

STIPULATION TO VACATE THE AMENDED JUDGMENT

4

15. Based on this belief, the Parties have proceeded as if there were no outstanding defaults and default judgments against MetaQuotes. For example, on or around August 30, 2014, Plaintiffs filed an Amended Complaint against MetaQuotes. ("Amended Complaint," Dkt. No. 138.)

16. On or around September 15, 2014, MetaQuotes responded by filing a Motion to Dismiss the Amended Complaint. ("Motion to Dismiss," Dkt. No. 139.)

17. On or around November 4, 2015, the Court issued an order granting the Motion to Dismiss as to all but one claim. ("Minutes (In Chamber) Order," Dkt. No. 148.)

18. With one outstanding claim against MetaQuotes, the Parties proceeded to enter into a scheduling order and are presently undergoing discovery.

19. On June 5, 2015, the Court issued a Writ of Execution naming all defaulting defendants, which included MetaQuotes as one of the Judgment Debtors. (Dkt. No. 164.)

20. Based on the Parties' mutual belief that the default judgment against MetaQuotes had already been vacated, the Parties conferred and sought remedies to remove MetaQuotes from the Writ of Execution.

21. On June 9, 2015, the clerk of the court emailed both Parties and noted that the Amended Default Judgment had not been formally vacated. In order to

Law Offices
TRIANO & BYRNE
2000 Center Street, Suite 308
Berkeley, CA 94704
Tel. (510) 548-8061
Fax (510) 548-8096

STIPULATION TO VACATE THE AMENDED JUDGMENT

properly vacate the Amended Default Judgment, the Court advised MetaQuotes to file a Stipulation and Proposed Order. A copy of the clerk's email is attached as **Exhibit B**.

22. Pursuant to the Court's request, MetaQuotes files this Stipulation along with a Proposed Amended Order Setting Aside the Default Judgment.

23. The Parties do not dispute that they believed the July 9, 2014 Order of the Court intended to vacate both the Original Default Judgment and the Amended Default Judgment as to MetaQuotes.

24. The Parties do not dispute that after the issuance of the July 9, 2014 Order setting aside the default and vacating the judgment, both Parties continued to proceed under the belief that no outstanding defaults and default judgments existed against MetaQuotes.

Date: June 11, 2015         PHILLIPS LYTLE LLP

                            _____
                            ROBERT CORNISH, ESQ.
                            Attorney for Plaintiffs

Date: June 11, 2015         LAW OFFICES OF TRIANO & BYRNE

                            _____
                            MARTIN P. TRIANO, ESQ.
                            Attorney for Defendant
                            METAQUOTES SOFTWARE CORP.

Law Offices
TRIANO & BYRNE
2000 Center Street, Suite 308
Berkeley, CA 94704
Tel. (510) 548-8081
Fax (510) 548-8096

STIPULATION TO VACATE THE AMENDED JUDGMENT

6