1  MARTIN F. TRIANO, ESQ. (SBN 098272)
2  MARK D. BYRNE, ESQ. (SBN 109268)
   **LAW OFFICES OF TRIANO & BYRNE**
3  2000 Center Street, Suite 308
4  Berkeley, CA 94704
5  Telephone: (510) 548-8081
   Fax: (510) 548-8096
6  Email: marty@trianobyrne.com
7  Email: mark@trianobyrne.com
8
9  Attorneys for Defendant METAQUOTES SOFTWARE CORP

10              UNITED STATES DISTRICT COURT
11              CENTRAL DISTRICT OF CALIFORNIA
12                   SOUTHERN DIVISION
13

| | |
|---|---|
| WILLIAM WILBER et. al., | CASE NO. SACV12 – 1448 AG (JPRX) |
| Plaintiffs, | **NOTICE OF SETTLEMENT** |
| v. | |
| TOP GLOBAL CAPITAL, INC. et. al. | |
| Defendants. | |

Law Offices
TRIANO & BYRNE
2000 Center Street, Suite 308
Berkeley, CA 94704
Tel. (510) 548-8081
Fax (510) 548-8096

NOTICE OF SETTLEMENT

**TO THE COURT:**

In accordance with the Local Rule 16-15.7, Defendant MetaQuotes Software Corp. hereby submits this Notice of Settlement to notify the Court that the above referenced lawsuit has been settled, and to request 30 days in which to file the dismissal.

Dated: January 19, 2016

Respectfully Submitted,
**LAW OFFICES OF TRIANO & BYRNE**

_____
MARK D. BYRNE, ESQ.
Attorney for METAQUOTES
SOFTWARE CORP.

Law Offices
**TRIANO & BYRNE**
2000 Center Street, Suite 308
Berkeley, CA 94704
Tel. (510) 548-8081
Fax (510) 548-8096

**NOTICE OF SETTLEMENT**