MARTIN F. TRIANO, ESQ. (SBN 098272)
MARK D. BYRNE, ESQ. (SBN 109268)
**LAW OFFICES OF TRIANO & BYRNE**
2000 Center Street, Suite 308
Berkeley, CA 94704
Telephone: (510) 548-8081
Fax: (510) 548-8096
Email: marty@trianobyrne.com
          mark@trianobyrne.com

Attorneys for Defendant METAQUOTES SOFTWARE CORP.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM WILBER et al., | CASE No. SACV12 – 1448 AG (JPRX) |
| Plaintiffs, | |
| v. | **ORDER TO DISMISS METAQUOTES SOFTWARE CORP WITH PREJUDICE** |
| TOP GLOBAL CAPITAL, INC. et al. | |
| Defendants. | |
| | **Judge: Hon. Andrew J Guilford** |

The Court finds that all Plaintiffs and Defendant MetaQuotes ("MetaQuotes") (collectively "the Parties") have stipulated in good faith as to the circumstances surrounding their Settlement and Request for Dismissal.

Law Offices
**TRIANO & BYRNE**
2000 Center Street, Suite 308
Berkeley, CA 94704
Tel. (510) 548-8081
Fax (510) 548-8096

ORDER TO DISMISS METAQUOTES SOFTWARE CORP WITH PREJUDICE

1

IT IS HEREBY ORDERED as follows:

1. The Parties have settled the above entitled matter, as reflected in the terms of the Settlement Agreement and Mutual Release.

2. The terms of the Settlement Agreement and Mutual Release, which are attached as Exhibit A1-A10 to the Stipulation of the Parties, are incorporated into this Order as though such terms are fully set forth herein .

4. As more particularly set forth in the Settlement Agreement and Mutual Release, paragraph 12, the Protective Order between the Parties continues in effect. See Exhibit A1-A10 to the Stipulation of the Parties.

5. The Jurisdiction of the Federal District Court, Central District of California, is reserved to enforce the terms of the Settlement Agreement and Mutual Release, which is attached to the Stipulation for Dismissal as Exhibit A1-A10.

6. Subject to the reservation of this Court to enforce the terms of the Settlement Agreement and Mutual Release, MetaQuotes Software Corp is dismissed from the above entitled matter with prejudice.

DATED: February 02, 2016

_____
Hon. Andrew J Guilford

Law Offices
**TRIANO & BYRNE**
2000 Center Street, Suite 308
Berkeley, CA 94704
Tel. (510) 548-8081
Fax (510) 548-8096